[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15403
Non-Argument Calendar
_____

D.C. Docket No. 6:14-cr-00087-RBD-DAB-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCEL MICHAEL DOTSON,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 1, 2015)

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, counsel of record for Marcel Michael Dotson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dotson's conviction and sentence are **AFFIRMED**.